IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HARRY JOSEPH,           )<br>                         )<br>    Plaintiff,        )<br>                         )<br>    v.                   )<br>                         )<br>CRENSHAW COUNTY JAIL,    )<br>et al.,                  )<br>                         )<br>    Defendants.          ) | CIVIL ACTION NO.<br>2:15cv772-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining that he was placed in lockdown for seven days and, during that time, denied access to religious materials, all contact with family and legal counsel, and personal hygiene. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's claims against one defendant, Crenshaw County Jail, be dismissed, as it is not a legal entity and therefore not subject to suit. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 24th day of November, 2015.

                                        _/s/ Myron H. Thompson_
                                        **UNITED STATES DISTRICT JUDGE**