IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
HARRY JOSEPH,                )
                             )
    Plaintiff,               )
                             )     CIVIL ACTION NO.
    v.                       )        2:15cv772-MHT
                             )           (WO)
CRENSHAW COUNTY JAIL,        )
et al.,                      )
                             )
    Defendants.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 5) is adopted.

(2) All claims against defendant Crenshaw County Jail are dismissed, and it is terminated as a party to this case.

(3) The case is referred back to the magistrate judge for further appropriate proceedings with respect to the claims against the remaining defendants.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is not closed.**

**DONE, this the 24th day of November, 2015.**

                                    _ /s/ Myron H. Thompson_
                                    **UNITED STATES DISTRICT JUDGE**