IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HARry JOSEPH,       )<br>                     )<br>    Plaintiff,    )<br>                     )<br>    v.               )<br>                     )<br>MICKEY POWELL, et al., )<br>                     )<br>    Defendants.      ) | CIVIL ACTION NO.<br>  2:15cv772-MHT<br>       (WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a Crenshaw County Jail inmate, filed this lawsuit complaining that he was placed in lockdown for seven days and, during that time, denied access to religious materials, all contact with family and legal counsel, and personal hygiene. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that this lawsuit be dismissed without prejudice for plaintiff's failures to prosecute this action properly and to comply with the orders of the court. There are no objections to the recommendation. After an independent and de novo review of the record, the court

concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 14th day of January, 2016.

                               _/s/ Myron H. Thompson_  
                               **UNITED STATES DISTRICT JUDGE**